UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>LEONARD EASLEY,<br>VERONICA M THUES-EASLEY<br>DEBTORS<br>_____/ | CHAPTER 13<br>CASE NO. 17-49691-LSG<br>JUDGE LISA S GRETCHKO |

## ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

This matter came before the Court upon Trustee's Motion to Dismiss ("Motion"; ECF No. 100) and the Debtor's objection thereto ("Objection"; ECF No. 101). The parties have resolved the matter and a stipulation ("Stipulation"; ECF No. 103) between the Debtors and the Trustee has been filed consenting to the terms of the Order. The Court has reviewed the Motion, the Objection, the Stipulation and other pertinent pleadings and based on the Stipulation, finds good cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDEFRED** that:

-The Debtors shall remit funds sufficient to complete the case, including any pending attorney fees, by 11/6/22 or case may be dismissed without further notice or hearing.

-The Trustee shall be allowed to disburse funds received thru 11/22/2022.

**Signed on August 15, 2022**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge